1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  DEBRA D. LEW, ESQ. (State Bar # 114537)
   COOK, PERKISS & LEW
3  A PROFESSIONAL LAW CORPORATION
   333 Pine Street, Suite 300
4  San Francisco, CA 94104-3381
   Mailing Address: P.O. Box 270
5  San Francisco, CA 94104-0270
   Tel.: (415) 989-4730  Fax: (415) 989-0491
6  File No. 49.002

7  Attorneys for Plaintiff
   GARDEN CITY BOXING CLUB, INC.
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                            FRESNO DIVISION
11

12 GARDEN CITY BOXING CLUB, INC.,  )  CASE NO. CV-F-03-6396 OWW/SMS
                                   )
13         Plaintiff,              )  [PROPOSED] ORDER AUTHORIZING
                                   )  PROCESS SERVER TO LEVY EXECUTION
14 vs.                             )  PURSUANT TO C.C.P. § 699.080
                                   )
15 MARY VICTORIA LOPEZ doing       )
   business as La Colonia *also known as* La )
16 Colonia Southwest,              )
                                   )
17         Defendant.              )
   _____ )
18
        Based upon the Declaration of David J. Cook, Esq., and finding that DDS Legal Support
19
   System/VSC Attorney Service is a registered process server, having filed a certificate of
20
   registration with the County Clerk, Los Angeles County Superior Court, and otherwise authorized
21
   to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a
22
   private process server would serve the interest of justice in relieving the United States Marshal
23
   from effectuating certain types of services necessary to effectuate collection of the Judgment
24
   herein, and furthermore finding that the use of a process server is routine in the enforcement of a
25
   Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and
26
   Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,
27
        IT IS HEREBY ORDERED that Plaintiff may employ the services of DDS Legal Support
28
   System/VSC Attorney Service to perform the duties and responsibilities of a levying officer as

1 | defined under C.C.P. § 699.080.

2 | IT IS FURTHER ORDERED that DDS Legal Support System/VSC Attorney Service shall
3 | comply with the requirements of the California Code of Civil Procedure in the enforcement of
4 | judgments, consistent with and in conformity to C.C.P. § 699.080.

6 | DATED: 6-11-07

OLIVER W. WANGER
JUDGE OF THE UNITED STATES
DISTRICT COURT

9 | F:\USERS\DJCNEW\lopez.exps