1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  333 Pine Street, Suite 300
   San Francisco, CA  94104-3381
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730  Fax: (415) 989-0491
   File No. 49,002
6
   Attorneys for Plaintiff
7  GARDEN CITY BOXING CLUB, INC.

   **FILED**
   OCT 3 0 2007
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY_____
          DEPUTY CLERK

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11
12  GARDEN CITY BOXING CLUB, INC.,      )   CASE NO.  CV-F-03-6396-OWW/SMS
                                        )
13              Plaintiff,              )
                                        )   ORDER SETTING HEARING ON ORDER TO
14  vs.                                 )   SHOW CAUSE RE SALE OF DWELLING
                                        )   HOUSE PURSUANT TO C.C.P. § 704.740 -
15  MARY VICTORIA LOPEZ, individually   )   C.C.P. § 704.770
    and dba LA COLONIA aka LA           )
16  COLONIA SOUTHWEST,                  )
                                        )
17              Defendants.             )
    _____)

18          Based upon the filing of the application by the Plaintiff and Judgment Creditor herein, and

19  the court finding that the Judgment Creditor has levied in and to the Judgment Debtor's residential

20  real property, and pursuant to C.C.P. § 704.770(a), and for good cause appearing, therefore,

21          IT IS HEREBY ORDERED that the Judgment Debtor MARY VICTORIA LOPEZ,

22  individually and dba LA COLONIA aka LA COLONIA SOUTHWEST shall show good cause, if

23  any, why an order for sale should not be made in accordance with the application for the sale

24  thereof, pursuant to the provisions of C.C.P. § 704.740 and C.C.P. § 704.750, and that the hearing

25  date shall be set on this __26th__ day of __November__, 2007 at the hour of

26  __10:00__ a.m./~~p.m.~~, or as soon thereafter as the matter can be heard before the Honorable

27  Oliver W. Wanger, Judge of the United States District Court, whose address is ~~1130 O Street,~~ 2500 Tulare St.

28  Fresno, CA 93721.

ORDER SETTING HEARING ON ORDER TO SHOW CAUSE RE SALE OF DWELLING HOUSE PURSUANT
TO C.C.P. § 704.740 - C.C.P. § 704.770  - CASE NO. CV-F-03-6396-OWW/SMS                          1

1   IT IS FURTHER ORDERED that the date for hearing shall be set not later than 45 days
2   after the application is filed, or such later date as the court deems upon a showing of good cause,
3   and that not later than 30 days before the time set for the hearing, the Judgment Debtor shall do
4   both of the following:

**C.C.P. § 704.770(b)(1)&(2)**

(b) Not later than 30 days before the time set for hearing, the judgment creditor shall do both of the following:

(1) Serve on the judgment debtor a copy of the order to show cause, a copy of the application of the judgment creditor, and a copy of the notice of the hearing in the form prescribed by the Judicial Council. Service shall be made personally or by mail.

(2) Personally serve a copy of each document listed in paragraph (1) on an occupant of the dwelling or, if there is no occupant present at the time service is attempted, post a copy of each document in a conspicuous place at the dwelling."

DATED: 10-29-07

OLIVER W. WANGER
JUDGE OF THE UNITED STATES
DISTRICT COURT

C:\Documents and Settings\ATimken\Local Settings\Temp\notes101AA1\LACOLONIAord.wpd