**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MARY VICTORIA LOPEZ,**<br><br>**Defendant.** | **No. CV-F-03-6396 OWW/SMS**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT WITHOUT PREJUDICE (Doc. 31)** |

**After Plaintiff moved to enforce the judgment against Plaintiff, Defendant filed a notice of filing a bankruptcy petition. By minute order filed on February 6, 2008, all further proceedings in this action were stayed pending the bankruptcy proceedings.**

**Plaintiff's motion to enforce judgment is DENIED WITHOUT PREJUDICE for administrative purposes. Plaintiff may re-notice the motion to enforce judgment for hearing upon completion of Defendant's bankruptcy proceedings or the lifting by the**

**Bankruptcy Court of the automatic stay.**

  IT IS SO ORDERED.

**Dated: July 23, 2008**       /s/ Oliver W. Wanger
                 UNITED STATES DISTRICT JUDGE